

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00393-CV

**IN THE INTEREST OF A.S.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-PA-00234
Honorable Raul Perales, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

Delivered and Filed: September 24, 2025

DISMISSED

On August 27, 2025, appellant filed a Motion to Dismiss Appeal moving this court to dismiss its appeal. Appellant's motion to dismiss its appeal is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM